No. 111. W. KAPEPEE v. KUPAHI AND KOOLAU. Error to circuit court, fifth circuit. Submitted March 14, 1905. Decided March 17, 1905. Frear, C. J., Hartwell, J., and Circuit Judge De Bolt in place of Wilder, J. The only error now relied on by the defendants, who are the plaintiffs in error, is that the judgment entered below is void for the reason that there was no decision in writing as required in a jury waived case by Revised Laws, section 1747, and *Maulo v. Kaiapa,* 11 Haw. 705. It appears that judgment was rendered orally August 19, 1904, at the close of the trial, and that judgment was entered September 5, 1904, as of the July term, 1904, this judgment being in the usual form excepting that it also sets forth various findings not usually set forth in formal judgments. It is signed by the judge as well as by the clerk. The statute requires that the decision in a jury waived case "shall be rendered in writing." Per curiam: The statute was sufficiently complied with, and *Maalo v. Kaiapa* does not apply. Judgment affirmed. *J. D. Willard* and *M. F. Prosser* for plaintiff. *S. K. Kaeo* for defendants.